UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE CREELGROUP,

    Plaintiff,

                                      Case No. 09-12493
-vs-                                     Hon: AVERN COHN

GEOFFREY BRIEDEN,

    Defendant.

_____/

**ORDER**

This is a breach of fiduciary duty and tortious interference case. Plaintiff Creelgroup claims that Defendant Geoffrey Brieden improperly competed with it and solicited one of its clients, Creelgroup also claims that Brieden wrongfully disclosed trade secrets to a third party.

Now before the Court is Creelgroup's motion to dismiss Count III: Misappropriation of Trade Secrets with prejudice and Brieden's cross motion for attorneys' fees.  For the reasons stated on the record on July 28, 2010 Creelgroup's motion is GRANTED and Count III is DISMISSED with prejudice.  Brieden's motion for attorneys fees is STAYED until further order of the Court.

       SO ORDERED.


Dated: July 29, 2010                     S/Avern Cohn
                                     AVERN COHN
                                     UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 29, 2010 by electronic and/or ordinary mail.
                                     S/Julie Owens
                                     Case Manager, (313) 234-5160